Exhibit A

September 7, 2004

Mr. Raymond Bourque
P.O. Box 3107
South Attleboro, Mass 02703

Re: Greatwood Estates, Cumberland R.I.

Dear Ray,

The following are the terms discussed with regard to our partnership agreement for the above referenced project

1. We agreed to a partnership in which Raymond Bourque (RB)has 50% and Myself (ESA) and Vincent Mesolella (VM) have the other 50% Each entity is entitled to bring on partners if they wish
2. The agreed land value is $1,000,000. The ESA/VM partnership interest owes Raymond Bourque $500,000 for their 50% interest. It was agreed that this could be paid from the initial land sale revenues.
3. It was agreed that VM ( with the support of ESA and his resources )could represent the partnership with heading up the development effort. VM and ESA to report to RB on a regular basis.
4. All project expenses from this point forward shall be shared 50/50.
5. It was agreed to continue with Commonwealth Engineering and Mike Kelly at this time.

Please sign the accepted line below if you agree with the above stated terms. Also, feel free to contact me with any questions or comments you may have. Thank you for this exciting opportunity and have a great time in Europe!

Regards,

Eric S. Ahlborg

______________________________
Accepted by Raymond Bourque