UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VINCENT J. MESOLELLA
Plaintiff

vs. C.A. NO. 06-331 ML

RAYMOND BOURQUE
Defendant

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Dennis R. Gannon, Esq., hereby enters his appearance as co-counsel for Defendant Raymond Bourque.

RAYMOND L. BOURQUE
By his Attorneys,

/S/ Dennis R. Gannon /
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: August 8, 2006

**CERTIFICATION**

I hereby certify that on the 8th day of August, 2006 a true copy of within was served upon Anthony Bucci, Jr., Esq. electronically.

// Signed Dennis R. Gannon //