UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VINCENT J. MESOLELLA
Plaintiff

vs. C.A. NO. 06-331 ML

RAYMOND BOURQUE
Defendant

**STIPULATION**

The time within which Defendant shall plead or otherwise respond to the Complaint is enlarged to and including August 21, 2006.

RAYMOND L. BOURQUE

By his Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: August 4, 2006

VINCENT MESOLLELLA

By his Attorneys,

/S/ Anthony Bucci, Jr. /
Anthony Bucci, Jr., Esq. #3002
abucci@bdglawyers.com

Boisseau & Dean, LLP
155 South Main Street
Providence, RI 02903
(401) 831-4200
(401) 831-7056 (Fax)

Dated: August 4, 2006

Enter: Mary M. Lisi USDJ 8/7/06