UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VINCENT J. MESOLELLA
Plaintiff

vs. C.A. NO. 06-331 ML

RAYMOND BOURQUE

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned Action hereby agree to the voluntary dismissal of the Complaint with prejudice with each party to bear his or its own attorneys' fees and costs.

RAYMOND L. BOURQUE

By his Attorneys,

/S/ Richard W. MacAdams

______________________________

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: February 26, 2007

VINCENT L. MESOLELLA

By his Attorneys,

/S/ Anthony J. Bucci

______________________________

Anthony J. Bucci, Esq. #2599
Boisseau & Dean LLP
155 South Maim Street, Suite 405
Providence, RI 02903
Providence, RI 02903
(401) 831-4200
(401) 831-7053 (Fax)

Dated: February 26, 2007